UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE SANCHEZ JIMENEZ,

              Petitioner,

-against-

DEPT. OF JUSTICE,

              Respondent.

22-CV-8500 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

    The Court directs the Clerk of Court to administratively close this action. *See In re Young Yil Jo*, ECF 1:14-CV-7793, 3 (S.D.N.Y. May 6, 2015).

SO ORDERED.

Dated:    October 6, 2022
           New York, New York

                                /s/ Laura Taylor Swain
                                  LAURA TAYLOR SWAIN
                                Chief United States District Judge